UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

CHRISTOPHER K. WALLS,

        Defendant.

Case No. CR04-5028RJB

ORDER DENYING
DEFENDANT'S MOTION
FOR COURT FILE
COPIES

The Court has considered Defendant's above-referenced motion, (Dkt #52). The court clerk has no authority to provide, without charge, the documents defendant requests, and defendant cites no such authority. No response from defendant is necessary.

Therefore it is now ORDERED that Defendant's motion (Dkt #52) is DENIED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 28th day of December, 2007.

*Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER
Page - 1